UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH C. BRENNAN,

    Plaintiff,

v.

WELLS FARGO & COMPANY, A Delaware corporation, dba WELLS FARGO BANK, N.A.

    Defendant.

No. C 5:11-cv-00921 ~~PSG~~ JF

STIPULATION AND ~~[PROPOSED]~~ ORDER SELECTING ADR PROCESS

ADR CERTIFICATION

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration     ☐ ENE     ☒ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☐ Private ADR *(please identify process and provider)*

Dated: 6/3/11

Attorney for Plaintiff; Daniel L. Casas, Esq.

Dated: 6/6/11

Attorney for Defendant; Jason M. Richardson, Esq.

IT IS SO ORDERED:

Dated: 6/8/11

UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION

1

REV. 5/00

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: 6/3/11

[Typed name and signature of plaintiff]
Kenneth C. Brennan

Dated: 6/3/11

[Typed name and signature of counsel for plaintiff]
Daniel L. Casas, Esq.

Dated: _____

[Typed name and signature of defendant]
Wells Fargo & COmpany, dba Wells Fargo Bank, N.A.

Dated: _____

[Typed name and signature of counsel for defendant]
Jason M. Richardson, Esq.

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: _____
[Typed name and signature of plaintiff]
Kenneth C. Brennan

Dated: 6/3/11
[Typed name and signature of counsel for plaintiff]
Daniel L. Casas, Esq.

Dated: 6/6/11
[Typed name and signature of defendant]
Wells Fargo & COmpany, dba Wells Fargo Bank, N.A.
William M. Reichert

Dated: 6/6/11
[Typed name and signature of counsel for defendant]
Jason M. Richardson, Esq.

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
2
REV. 5/00

1  The Parties request that Mediation be set for 90 days after the 12(b)(6), Motion to Dismiss, is
2  heard. The Motion to Dismiss is set for June 24, 2011.

4  Dated: 6/3/11                          _____
                                          Attorney for Plaintiff, Daniel L. Casas, Esq.

7  Dated: 6/6/11                          _____
                                          Attorney for Defendant, Jason M. Richardson, Esq.